[No. 10622-1-II. Division Two. May 25, 1988.]

DALE BIERBRAUER, *Respondent*, v. INTERNATIONAL PAPER COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark

County, No. 84–2–02671–9, James D. Ladley, J., entered December 5, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.